**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF THE | ) | |
| SEARCH OF: | ) | **ORDER** |
| | ) | |
| Mandan Police Department Evidence Vault | ) | Case No.  1:09-mj-086 |

_____

On motion of the Government and for the reasons stated in support of its motion, it is

**ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, the Search Warrant Return and Inventory, and the Government's Motion to Seal, are sealed until further order of the court.

Dated this 30th day of November, 2009.

>    */s/  Charles S.  Miller, Jr.*
>    Charles S.  Miller, Jr.
>    United States Magistrate Judge